UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL WENGELER, | CASE NO. 22-CV-00666-LK |
| Plaintiff, | MINUTE ORDER DENYING MOTION FOR RECONSIDERATION |
| v. | |
| JANET YELLEN, et al., | |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable Lauren King, United States District Judge:

(1) Mr. Wengeler has moved the Court to reconsider its June 24, 2022 Order Dismissing Amended Complaint with Prejudice. Dkt. No. 17; *see* Dkt. No. 16. However, because Mr. Wengeler filed his Motion for Reconsideration on July 19, 2022, it is untimely. *See* LCR 7(h)(2) (a motion for reconsideration must be filed within fourteen days after the order to which it relates is filed). The Court accordingly DENIES the motion. Dkt. No. 17.

(2) The Clerk is directed to forward a copy of this Order to Mr. Wengeler at his last known address.

MINUTE ORDER DENYING MOTION FOR RECONSIDERATION - 1

1       DATED this 20th day of July, 2022.

2                                           RAVI SUBRAMANIAN
                                            Clerk

3

4                                           */s/Natalie Wood*
                                          Deputy Clerk

MINUTE ORDER DENYING MOTION FOR RECONSIDERATION - 2